```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DANIEL J. TYGER, et. al.,                         JUDGMENT
                                                  04-CV- 0055 (DLI)
                    Plaintiffs,

    -against-


AIR LINE PILOTS ASSOCIATION,
INTERNATIONAL,


                    Defendant.
----------------------------------------------------------------X
```

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 1, 2005, dismissing the action for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; and that the action is dismissed for failure to prosecute.


Dated: Brooklyn, New York
       September 08, 2005

                                                  _____
                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court